

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00245-CV

**LARRY CONN, LAURA CONN, AND L-C CONCRETE, INC.** d/b/a Texas Concrete
Construction Company,
Appellants

v.

Paul **BISHOP,** Individually and Derivatively on Behalf Of Medina Valley Materials, LLC,
Medina Valley Holdings, LLC, Medina Valley Land, LLC, Medina Valley Equipment, LLC,
And Medina Valley Concrete Construction, LLC, And Jacob Bishop, Individually And
Derivatively On Behalf Of Medina Valley Materials, LLC, Medina Valley Holdings, LLC,
Medina Valley Land, LLC, and Medina Valley Equipment, LLC,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02401
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellants' brief originally was due on May 26, 2022. On May 27, 2022, we granted appellants an extension until June 15, 2022. On June 7, 2022, appellants filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED. The Clerk of this court is instructed to provide a copy of the sealed volume 3 of the clerk's record to appellants' attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event the parties reference the sealed record in their respective briefs, they are ORDERED to comply with the following procedure:

1.  The party filing the brief must file the brief in paper form only, with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

2.    Concurrently, the party must file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

3.    Within seven days after the brief is filed, the opposing party may file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

4.    After receiving the notice or notices, this court will determine whether the brief or a portion of the brief will remain filed under seal. This court may order a party to file a redacted brief or order other measures less restrictive than the sealing of the entire brief.

On June 13, 2022, appellants filed an unopposed motion asking for an extension to file their brief of seven days after they receive access to the sealed record.  We GRANT the motion, and appellants' brief is **due no later than June 28, 2022**.


_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.


_____
MICHAEL A. CRUZ, Clerk of Court